UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TRINIDAD GOMEZ,

        Plaintiff,           **ECF CASE**

    v.

                                    08 Civ. 00143 (LAP)

ANDREA QUARANTILLO,

        Defendant.       NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           January 16, 2008

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                                  By:    /s/_____
                                               F. JAMES LOPREST, JR.
                                               Special Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Telephone: (212) 637-2728
                                             Facsimile: (212) 637-2786
                                             Email: james.loprest@usdoj.gov

TO:    Spiro Serrans, Esq.
          Wilens & Baker, PC
          450 Seventh Avenue
          New York, NY 10123