**ORIGINAL**

MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

RECEIVED
MAR 3 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRINIDAD GOMEZ (A95 521 105),           :

                Plaintiff,              :     STIPULATION AND
                                              ORDER OF DISMISSAL
        - v. -                          :
                                              08 Civ. 143 (LAP)
MARY ANN GANTNER, District Director,    :
US CIS, New York, New York,

                Defendant.              :
------------------------------------------------------------x

        IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York          WILENS & BAKER, P.C.
        February 2, 2008            Attorneys for Plaintiff

                            By:     _____
                                    SPIRO SERRAS, ESQ.
                                    450 Seventh Avenue
                                    New York, NY 100123
                                    Tel. No.: (212) 643-0237

Dated:  New York, New York          MICHAEL J. GARCIA
        February 29, 2008           United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

                            By:     _____
                                    F. JAMES LOPREST, JR.
                                    Special Assistant United States Attorney
The Clerk of the Court shall       86 Chambers Street, 4th Floor
mark this action closed and         New York, NY 10007
pending motions denied as moot.     Tel. No.: (212) 637-2728

SO ORDERED:     SO ORDERED:
                _____  March 3, 2008
                LORETTA A. PRESKA, U.S.D.J.
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE